RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308

Attorney(s) for Matsco, a division of Wells Fargo Bank N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATSCO, a division of WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE A. TANKSLEY, JR. DMD, a professional Nevada corporation; GEORGE A. TANKSLEY also known as GEORGE A. TANKSLEY, JR., an individual; and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO.:   2:08-cv-0150-LRH (PAL) <br><br> **CONFESSION OF JUDGMENT** |

The undersigned, GEORGE A. TANKSLEY, JR. DMD a professional Nevada corporation ("Tanksley DMD") and GEORGE A. TANKSLEY also known as GEORGE A TANKSLEY, JR., an individual ("Tanksley") do hereby jointly and severally confess judgment in the United States District Court, District of Nevada, pursuant to Nevada Revised Statutes sections 17.090 through 17.110, inclusive, without need for the filing of a complaint or summons and without the need for trial or hearing, in favor of MATSCO, a division of WELLS FARGO BANK, N.A. ("Matsco") in the total sum of Three Hundred Sixty Thousand Dollars and Zero Cents ($360,000.00), plus interest as of the default date at the interest rate of 9.350% per annum, late fees as per the Settlement Agreement and attorney's fees and costs incurred by Matsco for enforcement and execution of this Confession of Judgment (the "Judgment Amount"), and does hereby authorize the Clerk of the United States District Court, for the District of Nevada

- 1 -

02448-04/341819.doc

("United States District Court"), to enter judgment for the Judgment Amount in favor of Matsco based upon this confession.

   A.   This confession of judgment is for money justly due to Matsco for a debt jointly and severally owing from Tanksley and Tanksley DMD, arising out of a Settlement Agreement between the parties dated November 3, 2008, and incorporated herein.

   B.   In the event Tanksley and/or Tanksley DMD defaults under the Settlement Agreement to Matsco, Matsco may enter this Confession of Judgment without further notice by filing with the clerk of the United States District Court this verified statement by Tanksley and Tanksley DMD, the judgment debtors, pursuant to Nevada Revised Statute 17.090.

   C.   The consent of Tanksley and Tanksley DMD having been evidenced by their execution of this final Judgment by Confession as noted below; and

   Therefore, Tanksley and Tanksley DMD stipulate and confess jointly and severally to judgment as follows:

   1.   Tanksley and Tanksley DMD, subject to default under that certain Settlement Agreement entered by the Parties, does hereby jointly and severally authorize the entry of judgment against Tanksley and Tanksley DMD, and in favor of Matsco in an amount totaling Three Hundred Fifty Thousand Dollars and Zero Cents ($360,000.00), plus interest accruing at the rate of 9.350% per annum, from the date of default, late fees as per the Settlement Agreement and attorney's fees and costs of execution and enforcement of this Collection of Judgment incurred in Matsco's collection of this Confession of Judgment, established by the certification of counsel for Matsco, minus any payments made by Tanksley and/or Tanksley DMD which payments shall be applied first to accrued but unpaid interest, then to principal, all of which shall be established by affidavit by an authorized representative of Matsco, shall be and hereby is entered in favor of Matsco and jointly and severally against Tanksley and Tanksley DMD.

   2.   This Confession of Judgment is made with the understanding that Matsco shall not execute upon this judgment so long as Tanksley and Tanksley DMD pay to Matsco the Settlement Amount pursuant to the payment schedule set forth in Paragraph 1.02(a) of the Settlement Agreement.

3. This Confession of Judgment is made with the understanding that it shall be held in trust by Matsco's counsel, the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson, and Matsco shall not file, record nor execute upon this Confession of Judgment, so long as Tanksley and/or Tanksley DMD continue to pay Matsco according to the terms set forth in the Settlement Agreement. In the event Tanksley and Tanksley DMD fail to pay any installment when due according to the terms of the Settlement Agreement, Matsco shall be free to file, record and execute hereon.

4. Tanksley and Tanksley DMD further agree that Matsco have all rights and remedies allowed by law as judgment creditor to collect said principal and/or interest, including, but not limited to, the right to record this Confession of Judgment against Tanksley and Tanksley DMD with the appropriate county Recorder and commence collection action against Tanksley and Tanksley DMD pursuant to this Confession of Judgment against Tanksley and Tanksley DMD.

5. That the above-captioned United States District Court, District of Nevada, shall retain jurisdiction with respect to the enforcement of this Confession of Judgment, and any action by Matsco to enforce this Confession of Confession.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

.

02448-04/341819.doc

1  6. Tanksley and Tanksley DMD expressly waive findings of fact and conclusions of law in this Confession of Confession.

DATED this __15__ day of __November__, 2008.

GEORGE A. TANKSLEY, JR., also known as
GEORGE A. TANKSLEY

By: _____

Dated: __11-15-08__

SUBSCRIBED AND SWORN to before me this __15th__ day of __November__, 2008.

_____
NOTARY PUBLIC

LOUISE F. STECKBECK
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2012

GEORGE A. TANKSLEY, JR. DMD, a professional Nevada corporation

By: _____

Its: __Owner__

Dated: __11-15-08__

SUBSCRIBED AND SWORN to before me this __15th__ day of __November__, 2008.

_____
NOTARY PUBLIC

LOUISE F. STECKBECK
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2012

**PREPARED AND SUBMITTED BY:**
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_____
RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)
OGONNA M. ATAMOH, ESQ. (NV Bar No. 7589
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Matsco, a division of Wells Fargo Bank, N.A.*

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

02448-04/341819.doc

- 4 -

**VERIFICATION**

I HAVE READ, UNDERSTAND, AND AGREE TO THE FOREGOING AND PURSUANT TO NEV. REV. STAT. §§ 17.090 AND 17.100 ACKNOWLEDGE THAT THE CONFESSED AMOUNT AROSE FROM THE FACTS STATED ABOVE AND THAT THE CONFESSED AMOUNT THEREFORE IS JUST AND DUE OR TO BECOME DUE.

GEORGE A. TANKSLEY, JR., also known as
GEORGE A. TANKSLEY
By: _____

Dated: 11-18-08

**SUBSCRIBED AND SWORN** to before me this 15th day of November, 2008.

_____
NOTARY PUBLIC

LOUISE F. STECKBECK
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2012

GEORGE A. TANKSLEY, JR. DMD, a professional Nevada corporation

By: _____

Its: Owner

Dated: 11-18-08

**SUBSCRIBED AND SWORN** to before me this 15th day of November, 2008.

_____
NOTARY PUBLIC

LOUISE F. STECKBECK
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2012

**PREPARED AND SUBMITTED BY:**
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_____
RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)
OGONNA M. ATAMOH, ESQ. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Matsco, a division of Wells Fargo Bank N.A.*

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor, Las Vegas, Nevada 89101
(702) 791-0308 · FAX (702) 791-1912

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK



April 3, 2013
DATE